Blair *v.* Baltimore & Ohio Railroad Company, Appellant.

Argued September 27, 1945. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Charles J. Margiotti,* with him *Vincent M. Casey* and *Margiotti & Casey,* for appellant.

*J. Thomas Hoffman,* for appellee.

PER CURIAM, October 30, 1945:
The judgment is affirmed on the opinion of the court below.